# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 3:24−cr−50026
Honorable Iain D. Johnston

Bernard Wandick

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

MINUTE entry before the Honorable Beth W. Jantz as to Bernard Wandick: Detention hearing held on 7/30/2024. Attorney Amir Mohabbat appears as new counsel for the Defendant. Enter order appointing Attorney Amir Mohabbat as counsel for defendant. Attorney Molly Amour is hereby terminated from this case. For all the reasons stated on the record, the Government's oral motion for detention is GRANTED. The Defendant's oral motion for release is DENIED. Enter Detention order. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.